UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Conservation Law Foundation, Inc.

    v.                                              Civil No.  18-cv-835-LM

Del R. Gilbert & Son Block Co., Inc.


**NOTICE OF RULING**


Re: Doc. No. 20, Joint Motion for Entry of Proposed Consent Decree

The parties jointly move this court to approve their proposed consent decree.  When evaluating a proposed consent decree, the court must determine whether the decree is "fair, adequate, and reasonable; that the proposed decree will not violate the Constitution, a statute or other authority; and that it is consistent with the objectives of Congress." Conservation Law Foundation of New England, Inc v. Franklin, 989 F.2d 54, 58 (1st Cir. 1993) (internal quotation marks, brackets and ellipsis omitted).  The court's task is not to consider whether the settlement is one that the court itself might have fashioned, or that it considers ideal. United States v. Cannons Engineering Corp., 899 F.2d 79, 84 (1st Cir. 1990).  The court must consider the proposed decree in light of the clear policy in favor of

encouraging settlements, especially in complicated regulatory settings.  See, e.g., id.

The court has carefully reviewed the parties' proposed consent decree.  The court finds that the decree is fair, adequate, and reasonable given the allegations made in the complaint and the relief sought.  The court also finds that the decree is consistent with and advances Congress's objectives in passing the Clean Water Act.  See 33 U.S.C. § 1251(a).  Finally, the court sees no way in which the proposed decree will violate the Constitution, relevant statutes, or other applicable laws.

The court approves and enters the parties' proposed consent decree (doc. no. 20-1) as an order of this court with one amendment.  The court will not retain jurisdiction over this matter as stated in the first sentence of paragraph 30 of the consent decree.  Accordingly, the court has amended the consent decree by striking through the first sentence of paragraph 30 and the beginning of the following sentence and altering some language in the second sentence so that paragraph 30 now reads: This Consent Decree will remain in full force and effect between the Parties, and, in the event of a future dispute, either Party may institute, if necessary, a new action in the United States

District Court for the District of New Hampshire to litigate their respective rights and obligations under this Decree.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

August 22, 2019

cc:   Counsel of Record

3