UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Conservation Law Foundation, Inc.

    v.

                                   Case No. 18-cv-835-LM

Del R. Gilbert & Son Block Co., Inc. et al

JUDGMENT

Judgment is hereby entered in accordance with the following:

1) Stipulation of Dismissal as to Defendant Province Road Properties filed on June 24, 2019;

2) Notice of Ruling by Chief Judge Landya B. McCafferty dated August 22, 2019; and

3) Consent Decree by Chief Judge Landya B. McCafferty dated August 22, 2019.

By the Court:

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: August 26, 2019

cc:  Counsel of Record